

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00520-CV

BELINDA BALDWIN AND
AMERICAN CONSUMER
SOLUTIONS, INC.

APPELLANTS

V.

R.W. REDDEN

APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 1, 2013, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 27, 2013